IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| JUAN CARLOS VELAZQUEZ DELGADO | CASE NO. 08-05641 SEK |
| BRENDA LIZ NAZARIO MONTANEZ | Chapter 7 |
| XXX-XX-6729 | |
| XXX-XX-0974 | FILED & ENTERED ON 12/16/2008 |
| Debtor(s) | |

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee has filed a Report of No Distribution, and has certified that the Estate has been fully administered. The Clerk has notified our notice granting parties in interest an opportunity to object to the Report. No objection has been entered. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the Estate has been fully administered.

**WHEREFORE**, as per 11 U.S.C. Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed.

The Clerk will notify this Order.

San Juan, Puerto Rico, this 16 day of December, 2008.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

cc: JOHN A ZERBE, UST